IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA S. HEADRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 25-cv-00180-JPG |
| | ) |
| JEROD GOTT, | ) |
| | ) |
| Defendant. | ) |

# NOTICE AND ORDER

This matter is before the Court upon a *sua sponte* review of the record. The Court screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A on August 8, 2025 ("Screening Order").[1] Pursuant to the Screening Order, Defendant Jerod Gott was sent a request for Waiver of Service of Summons on August 8, 2025, *see* Doc. 36, and the waiver was returned unexecuted on August 27, 2025, *see* Doc. 37. Summons was issued on October 14, 2025, *see* Doc. 40. Defendant Gott was served with this lawsuit on November 4, 2025, and his answer was due November 25, 2025. *Id*. When he did not answer or otherwise respond, the Court entered an Order *sua sponte* extending the deadline January 5, 2026. (Doc. 41). To date, Defendant Gott has failed to move, answer, or otherwise plead in response to the First Amended Complaint (Doc. 33).

The Federal Rules of Civil Procedure provide that the Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED. R. CIV. P. 55(a). Accordingly, the Court **ORDERS** as follows:

---

[1] The Screening Order directed Defendant to timely file an appropriate responsive pleading to the Amended Complaint and states that Defendant shall not waive filing a reply pursuant to 42 U.S.C. § 1997e(g). (Doc. 35, p. 6). Because the Court specifically ordered Defendant to respond to the Complaint, Defendant cannot rely on the Prison Litigation Reform Act to avoid the entry of default. 42 U.S.C. § 1997e(g)(2). *See* e.g., *Vinning v. Walks*, 2009 WL 839052, *1 n.2 (S.D. Ill. Mar. 31, 2009) (default against defendant was proper because the Court exercised its authority under 42 U.S.C. § 1997e(g)(2) by directing the defendant to file a reply to plaintiff's complaint, and the defendant "disregarded that direct [o]rder").


(1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendant Gott in accordance with Federal Rule of Civil Procedure 55(a).

(2) Plaintiff is **ORDERED** to move for default judgment against Defendant Gott on or before **February 24, 2026**, in accordance with Federal Rule of Civil Procedure 55(b).

(3) If Plaintiff fails to move for default judgment as set forth in this Order, this entire action will be dismissed as to Defendant Gott for failure to prosecute and/or failure to comply with an order of the Court.

(4) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and to Defendant Gott.

**IT IS SO ORDERED.**

**DATED: 2/4/2026**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**