**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

JOSHUA S. HEADRICK,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　**Plaintiff,**　　　　　　)
　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　 )　　　　**Case No. 25-cv-00180-JPG**
　　　　　　　　　　　　　　　　　　)
JEROD GOTT,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　**Defendant.**　　　　　　)

**NOTICE OF IMPENDING DISMISSAL**

**GILBERT, District Judge:**

Plaintiff Joshua Headrick filed this action pursuant to 42 U.S.C. § 1983 for constitutional deprivations arising from an allegedly unlawful arrest.  (Docs. 1, 33).  On August 8, 2025, the Court screened the First Amended Complaint (Doc. 33) under 28 U.S.C. § 1915A and designated one or more claims to proceed against Jerod Gott.  (Doc. 35).

The Clerk of Court attempted to serve this defendant by delivery of a waiver of service, but the waiver was returned unexecuted.  (Doc. 37).  Because Plaintiff was authorized to proceed *in forma pauperis* in this case (Doc. 9), the Court directed the United States Marshals Service to serve Gott with this lawsuit on October 9, 2025.  (Doc. 38).  Summons was returned executed on November 4, 2025, making Gott's answer due November 25, 2025.  (Doc. 40).  Gott did not move, answer, or otherwise plead in response to the First Amended Complaint (Doc. 33), so the Court *sua sponte* extended Gott's deadline to January 5, 2026.  (Doc. 41).  The Court's Order was returned undelivered on January 5, 2026.  (Doc. 42).

The Court directed the Clerk's Office to enter default against Jerod Gott on February 4, 2026.  (Doc. 43).  The Clerk's Entry of Default was docketed the following day.  (Doc. 44).  Plaintiff was ordered to move for default judgment against Gott on or before February 24, 2026,

1

in accordance with Federal Rule of Civil Procedure 55(b). *Id*. Plaintiff failed to move for default judgment or seek an extension of time to do so.

On March 13, 2026, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 46). Plaintiff's response was due on or before April 3, 2026. *Id*. The Court indicated that Plaintiff's filing of a proper motion for default judgment would satisfy the show cause order. *Id*.

In lieu of a response, Plaintiff's counsel filed a Motion for Leave to File Amended Complaint along with a proposed Second Amended Complaint substituting "Eric Gott" in place of "Jerod Gott" as the defendant. (Doc. 47). The Court granted the motion on April 6, 2026. (Doc. 49). The Court ordered Plaintiff to file the Second Amended Complaint in CM/ECF *instanter* and serve Defendant Gott with this lawsuit without delay.[1] *Id*.

When Plaintiff failed to comply with this Order, the Court entered a Second Order to Show Cause requiring Plaintiff to explain why this case should not be dismissed for failure to comply with Court Orders and/or prosecute his claims. (Doc. 50). Plaintiff's response was due no later than May 12, 2026. *Id*. He was warned that failure to respond by the deadline would result in dismissal of this action. *Id*. The response deadline expired a week ago, and Plaintiff failed to respond and request an extension of time to do so.

Accordingly, on or before **JUNE 10, 2026**, Plaintiff is **ORDERED** to **FILE** the Second Amended Complaint (Doc. 47-1) in CM/ECF, **SERVE** this lawsuit on Eric Gott, and **FILE** proof of service in this matter; alternatively, Plaintiff must show cause why he has not yet done so.

---

[1] The Clerk's Office will be **DIRECTED** to **UPDATE** Jerod Gott to **"ERIC GOTT"** as the defendant in CM/ECF. (Docs. 47-1, 49).

Plaintiff is **WARNED** that failure to comply with this Order shall result in dismissal of the action for noncompliance with this Court's Orders (Docs. 43, 46, and 50) and for want of prosecution under Federal Rule of Civil Procedure 41(b).

**The Clerk's Office will be DIRECTED to UPDATE Jerod Gott to "ERIC GOTT" as the defendant in CM/ECF.  (Docs. 47-1, 49).**

**IT IS SO ORDERED**.

**DATED: 5/20/2026**

**J. PHIL GILBERT**
**United States District Judge**

3